

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Audio Visual Associates, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113347 | $76,134.52 | 3/20/2023 | 81522F | 8/15/2022 | $38,067.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113347 | $76,134.52 | 3/20/2023 | 80922D | 8/9/2022 | $38,067.26 |

**Totals:**     **1 transfer(s),**   **$76,134.52**